UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-00351 HDV (ADS)                          Date:  February 24, 2026

Title:  *Patricia Elaine Anderson Hooper v. County of Mono, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE TRANSFER OF VENUE

On February 17, 2026, Plaintiff filed a Complaint in the Central District of California.  (Dkt. No. 1.)  The gravamen of Plaintiff's Complaint appears to be related to the foreclosure of Plaintiff's real property located in Mono County, California ("Mono County").  (Id. at 4.)  Plaintiff asserts claims against Mono County, June Lake Public Utilities Office, and private actors and companies that appear to be doing business in Mono County.  (Id. at 7-21.)  The events which give rise to this Complaint appear to take place in Mono County.  (See generally id.)

On the face of the Complaint, venue appears proper in the Eastern District of California.  A civil action may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be transferred to the Eastern District of California.  Plaintiff must file a written response to this order by **March 10, 2026**.  Plaintiff's response shall be limited to five (5) pages in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-00351 HDV (ADS)                        Date:  February 24, 2026

Title:  *Patricia Elaine Anderson Hooper v. County of Mono, et al.*

length (excluding any exhibits submitted to demonstrate venue). Plaintiff's failure to respond timely and adequately to this Order may result in transfer of the action.

**IT IS SO ORDERED.**

Initials of Clerk kh