UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-00351 HDV (ADS)                    Date:  June 2, 2026

Title:  *Patricia Elaine Anderson Hooper v. County of Mono, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On February 17, 2026, Plaintiff filed a Complaint.  (Dkt No. 1.)  To date, Plaintiff has not filed a Request for Clerk to Issue Summons pursuant to Federal Rule of Civil Procedure 4.  Plaintiff is responsible for having the Summons and Complaint served on all defendants within 90 days of the filing of the Complaint.  Fed. R. Civ. P. 4(c), (m).

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute.  Plaintiff must file a written response no later than **June 9, 2026.**  Filing a Request to Issue Summons and subsequent Proof of Service will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh

CV-90 (03/15)—JC                    Civil Minutes – General                    Page **1** of **1**